IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL NO. 1:07CR33

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.    ) | <u>O R D E R</u> |
| ) | |
| TERRANCE BRADLEY THOMPSON ) | |

**THIS MATTER** is before the Court on Defendant's amended motion for reconsideration of the denial of his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). Defendant moved the Court to reduce his sentence pursuant to Amendment 706 of the Guidelines regarding crack cocaine offenses and the Court denied his motion. **See Defendant's Motion for Reduction of Sentence, filed July 14, 2008;** *see also*, **Order, filed July 25, 2008.**

Based upon the Guidelines at the time of sentencing, Defendant faced a statutory mandatory minimum sentence of 240 months imprisonment. The United States filed a motion for downward departure pursuant to U.S.S.G. § 5K1.1 and 18 U.S.C. § 3553(e) based upon the

Defendant's substantial assistance and recommended a Guideline range of 188 to 235 months.  **Government's Motion for Downward Departure, filed October 22, 2007, at 3.**  The Court sentenced the Defendant to a term of 168 months imprisonment.  *See* **Judgment in a Criminal Case, filed November 7, 2007.**

Had Amendment 706 been in effect at the time of Defendant's sentencing in October 2007, the Guideline sentence would have been the statutorily required minimum of 240 months imprisonment as required by U.S.S.G. § 5G1.1.  The Fourth Circuit has held that "§ 3553(e) allows for a departure from, not the removal of, a statutorily required minimum sentence.  Thus, despite [Crowder's] contentions to the contrary, he remains subject to a statutorily required minimum sentence."  *United States v. Pillow*, 191 F.3d 403, 404 (4th Cir. 1999).  As a result, the retroactive crack cocaine Amendment 706 has no effect on Defendant's sentence and, therefore, he is not eligible for a reduction of his sentence.

**IT IS, THEREFORE, ORDERED** that the Defendant's amended motion for reconsideration is **ALLOWED**, and having reconsidered the Court's prior Order of July 25, 2008, such ruling is hereby **AFFIRMED.**

3

Signed: August 18, 2008

*[signature]*

Lacy H. Thornburg
United States District Judge